FILED MAY 25 '06 15:44 USBCRI

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: BRUCE E. THUNBERG, Debtor | : | Chapter 7<br>Bankruptcy Case No. 00-12818 |
| MARC D. WALLICK, Trustee, Plaintiff, | : | CA 06 265 S |
| v. | : | A.P. No. 02-1046 |
| WAKEFIELD MILL BUILDING, INC., Defendant. | : | |

**NOTICE OF APPEAL**

Now comes Wakefield Mill Building, Inc. and appeals, pursuant to 28 U.S.C. § 158 (a)(1), Fed. R. Bankr. P. 8001 and 8002 and R.I. LBR 8001-1 from the Findings of Fact, Conclusions of Law, and Order Appointing Independent Auditor of the Hon. Arthur N. Votolato that was entered on the docket of the U.S. Bankruptcy Court for the District of Rhode Island on May 16, 2006.

The names of all parties to said Order, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

Defendant/Appellant, Wakefield Mill Building, Inc.
Charles S. Beal, Esq. (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700

Debtor/Appellee, Bruce E. Thunberg
Stephen R. Famiglietti, Esq.
FAMIGLIETTI & CARLIN LTD.
132 Old River Road, Suite 205
Lincoln, RI 02865
(401) 335-4550

Chapter 7 Trustee's Counsel
Robert D. Golberg, Esq.
Goldberg Law Offices
226 Cottage Street
P.O. Box 557
Pawtucket, Rhode Island 02862-0557
(401) 728-1510

Chapter 7 Trustee, Marc D. Wallick, Esq.
Wallick & Paolino
51 Jefferson Boulevard
Warwick, Rhode Island 02888
(401) 461-0100

Successor Trustee
Lisa Geremia, Esq.
Geremia & DeMarco Ltd.
1350 Division Road
Warwick, RI 02893
(401) 885-1444

WAKEFIELD MILL BUILDING, INC.,

By Its Attorneys,

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: May 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2006, a true copy of the within was sent, via facsimile and first-class mail, postage prepaid, to: Stephen R. Famiglietti, Esq., FAMIGLIETTI & CARLIN LTD., 132 Old River Road, Suite 205, Lincoln, RI 02865; Marc D. Wallick, Esq., Wallick & Paolino, 51 Jefferson Boulevard, Warwick, RI 02888-1070; Robert D. Golberg, Esq., Goldberg Law Offices, 226 Cottage Street, P.O. Box 557, Pawtucket, RI 02862-0557; and Lisa Geremia, Esq., Geremia & DeMarco Ltd., 1350 Division Road, Warwick, RI 02893.

G:\CSB\OCEANSTATE\THUNBERG USBC\PLDGS 02-1046\NOTICEOFAPPEAL.DOC