NTCAPR, APPEAL

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Adversary Proceeding #: 1:02-ap-01046

*Assigned to:* Judge Arthur N. Votolato
*Related BK Case:* 00-12818
*Related BK Title:* Bruce E. Thunberg
*Demand:* $75000
*Nature of Suit:* 454

*Date Filed:* 06/10/02

**Debtor**

---

**Bruce E. Thunberg**
Box 5158
Wakefield, RI 02880
SSN: xxx-xx-1253

represented by **Peter G. Berman**
Raskin & Berman
116 East Manning Street
Providence, RI 02906
(401) 421-1363
Email: mail@raskinberman.com

**Stephen R. Famiglietti**
Famiglietti and Carlin
The Lincoln Center Suite 205
132 Old River Road
Lincoln, RI 02865
(401) 335-4550
*LEAD ATTORNEY*

**William J. Delaney**
Tillinghast Licht LLP
Ten Weybosset Street
Providence, RI 02903
(401) 456-1200
Fax : 456-1210
Email: wdelaney@tlslaw.com
*TERMINATED: 05/05/2004*
*LEAD ATTORNEY*

Attest a True Copy
Susan M. Thurston
Clerk
By [signature]
Deputy Clerk

**Plaintiff**

---

**Marc D. Wallick**
51 Jefferson Blvd.
Warwick, RI 02888
(401) 461-0100

represented by **Robert D. Goldberg**
Goldberg Law Office
PO Box 557
Pawtucket, RI 02862-0557
(401) 728-1510
*LEAD ATTORNEY*

V.

**Defendant**

---

**Wakefield Mill Building, Inc.**
c/o Andrew G. Sholes, Esq.
Agent fo Service of Process
1375 Warwick Avenue
Warwick, RI 02888
( )

represented by **Charles S. Beal**
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700
Email: cbeal@cm-law.com
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/10/2002 | 1 | Complaint (02-1046) Marc D. Wallick vs. Wakefield Mill Building, Inc. . NOS 454 Recover Money/Property . Receipt # 48651 Fee paid $ 150.00. (Moone,P.) (Entered: 06/10/2002) |
| 06/10/2002 | | Text not available. (Entered: 06/10/2002) |
| 06/10/2002 | 2 | Summons Issued on Wakefield Mill Building, Inc. Re: [1-1] Complaint NOS 454 Recover Money/Property; Answer due 7/10/02 for Wakefield Mill Building, Inc. (Fraatz,F.) (Entered: 06/10/2002) |
| 06/12/2002 | 3 | Motion By Debtor Bruce E. Thunberg Consolidate hearings re: [1-1] Complaint NOS 454 Recover Money/Property and #78 Objection to Claim in Bankruptcy Case (Davis,J.) (Entered: 06/14/2002) |
| 06/12/2002 | 4 | Memorandum by Debtor Bruce E. Thunberg supporting [3-1] Motion to Consolidate hearings re: [1-1] Complaint NOS 454 Recover Money/Property and #78 Objection to Claim in Bankruptcy Case by Bruce E. Thunberg. (Davis,J.) (Entered: 06/17/2002) |
| 06/12/2002 | | Objection Deadline on [3-1] Motion to Consolidate hearings re: [1-1] Complaint NOS 454 Recover Money/Property and #78 Objection to Claim in Bankruptcy Case by Bruce E. Thunberg; Objections Due 6/25/02 (Davis,J.) (Entered: 06/17/2002) |
| 06/14/2002 | 5 | Summons Served 6/11/02 on Wakefield Mill Building, Inc.. (Fraatz,F.) (Entered: 06/18/2002) |
| 06/26/2002 | 6 | Assented Motion By Defendant Wakefield Mill Building, Inc. To Extend Time Until 7/15/02 to file an answer Served on 6/25/02. [6-1] (Fraatz,F.) (Entered: 06/26/2002) |
| 07/02/2002 | | Endorsement Order Granting [6-1] Motion To Extend Time Until 7/15/02 to file an answer by Wakefield Mill Building, Inc. ; Answer due: 7/15/02 for Wakefield Mill Building, Inc. bnc (Fraatz,F.) (Entered: 07/02/2002) |

| | | |
|---|---|---|
| 07/10/2002 | 7 | Judge's Order Requesting Position Re: [3-1] Motion Consolidate hearings re: [1-1] Complaint NOS 454 Recover Money/Property and #78 Objection to Claim in Bankruptcy Case by Bruce E. Thunberg ; Position Due On 7/30/02 From: Plaintiff Marc D. Wallick. (bnc) *** order requesting position also entered in BK 00-12818*** (Fraatz,F.) (Entered: 07/10/2002) |
| 07/15/2002 | 8 | Motion By Defendant Wakefield Mill Building, Inc. in 02-01046 To Dismiss Case Served On 7/15/02 ; Objections Due 7/29/02 [8-1] (Geraghty,A.) (Entered: 07/17/2002) |
| 07/15/2002 | 9 | Brief/Memorandum by Defendant Wakefield Mill Building, Inc. in 02-01046 Supporting [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc. . (Geraghty,A.) (Entered: 07/17/2002) |
| 07/17/2002 | | Added Attorney As Counsel for Defendant (Geraghty,A.) (Entered: 07/17/2002) |
| 07/30/2002 | 10 | Response [10-1] By Plaintiff Marc D. Wallick To [3-1] Motion Consolidate hearings re: [1-1] Complaint NOS 454 Recover Money/Property and #78 Objection to Claim in Bankruptcy Case by Bruce E. Thunberg. (Barbieri,D.) (Entered: 07/31/2002) |
| 08/01/2002 | 11 | Objection [11-1] By Plaintiff Marc D. Wallick To [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc. (Sweeney,C.) (Entered: 08/02/2002) |
| 08/01/2002 | 12 | Motion By Plaintiff Marc D. Wallick To extend Time Until 8/9/02 to respond to [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc. Served on 7/31/02 [12-1] (Sweeney,C.) (Entered: 08/02/2002) |
| 08/01/2002 | 13 | Response/no Objection (filed as Statement of Written Position) [13-1] By Motion Consolidate hearings re: [1-1] Complaint NOS 454 Recover Money/Property and #78 Objection to Claim in Bankruptcy Case by Bruce E. Thunberg. (Barbieri,D.) (Entered: 08/05/2002) |
| 08/05/2002 | | Endorsement Order Granting [12-1] Motion To extend Time Until 8/9/02 to respond to [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc. by Marc D. Wallick. (Barbieri,D.) (Entered: 08/05/2002) |
| 08/05/2002 | | Objection Deadline on [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc; Objections Due 8/9/02. See #12 Motion to Extend Time for details. (Barbieri,D.) (Entered: 08/05/2002) |
| 08/07/2002 | | Endorsement Order Granting [3-1] Motion Consolidate hearings re: [1-1] Complaint NOS 454 Recover Money/Property and #78 Objection to Claim in Bankruptcy Case by Bruce E. Thunberg. (Barbieri,D.) (Entered: 08/07/2002) |
| 08/09/2002 | 14 | Brief/Memorandum by Plaintiff Marc D. Wallick Supporting [11-1] Objection by Marc D. Wallick, to [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc. (Cory,L.) (Entered: 08/09/2002) |

| | | |
|---|---|---|
| 09/04/2002 | | Hearing Re: [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc. and [11-1] Objection by Marc D. Wallick Scheduled For 9:00 9/26/02 at 6th Floor Courtroom. (Barbieri,D.) (Entered: 09/04/2002) |
| 09/23/2002 | | Hearing Re: [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc., [11-1] Objection by Marc D. Wallick. Hearing rescheduled For 9:30 10/17/02 at 6th Floor Courtroom. bnc/parties called (Fraatz,F.) (Entered: 09/23/2002) |
| 10/15/2002 | 15 | Motion By Plaintiff Marc D. Wallick To reschedule Hearing On:( [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc., [11-1] Objection by Marc D. Wallick ) . (Fraatz,F.) (Entered: 10/16/2002) |
| 10/16/2002 | | Endorsement Order Granting [15-1] Motion To reschedule Hearing On:( [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc., [11-1] Objection by Marc D. Wallick )by Marc D. Wallick. Hearing reset To 9:30 11/19/02 at 6th Floor Courtroom. bnc & parties called (Fraatz,F.) (Entered: 10/16/2002) |
| 11/19/2002 | | Hearing Held Re: [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc., [11-1] Objection by Marc D. Wallick . APPEARANCES: Beal, Berman, Goldberg, and Wallick. Beal argued in support of dismissal. Arguments by Goldberg. Bench dicision denying the motion to dismiss. (Fraatz,F.) (Entered: 11/20/2002) |
| 11/20/2002 | | Answer Due by 12/20/02 for Wakefield Mill Building, Inc. See: hearing of 11/19/02 and #8 Motion to dismiss case - denied. (Fraatz,F.) (Entered: 11/20/2002) |
| 11/20/2002 | | Endorsement Order Denying [8-1] Motion To Dismiss Case by Wakefield Mill Building, Inc. via bnc. (Fraatz,F.) (Entered: 11/20/2002) |
| 12/20/2002 | 16 | Answer To Complaint by Defendant Wakefield Mill Building, Inc. . (D'Agostino,H.) (Entered: 12/30/2002) |
| 01/14/2003 | | Discovery Plan due 1/27/03 (Fraatz,F.) (Entered: 01/14/2003) |
| 02/07/2003 | 17 | Notice By Plaintiff Marc D. Wallick To Take Deposition Of Defendant Wakefield Mill Building, Inc. by and through its President, Marc Perlman on 2/17/03 at 3:00 pm. Refer to notice for further details. (Fraatz,F.) (Entered: 02/10/2003) |
| 02/25/2003 | | Update Discovery Plan due 4/14/03. See: pre-trial hearing of 2/11/03 for details. (Fraatz,F.) (Entered: 02/25/2003) |
| 04/14/2003 | 18 | Joint Motion By Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg, Defendant Wakefield Mill Building, Inc. To Extend Time Until 6/13/03 to complete discovery and the consolidated proceeding involving the debtor's objection to claim #7, and 20 additional days to file joint pre-trial order re: Served on 4/11/03. [18-1] (Fraatz,F.) (Entered: 04/14/2003) |
| 04/17/2003 | | Endorsement Order Granting [18-1] Motion To Extend Time Until 6/13/03 to complete discovery, and to consolidated proceeding involving the debtor's objection to claim #7, and 20 additional days to file joint pre-trial order re: by Wakefield Mill |

| | | |
|---|---|---|
| | | Building, Inc. Discovery Due: 6/13/03. (Fraatz,F.) (Entered: 04/17/2003) |
| 04/17/2003 | | Joint Pre-Trial Order Deadline Re: [1-1] Complaint NOS 454 Recover Money/Property; Joint Pre-Trial Order Due: 7/3/03. ***See: #18 granted motion to extend time to complete discovery and file joint pre trial order.*** discovery (Fraatz,F.) (Entered: 04/17/2003) |
| 06/25/2003 | 19 | Joint Motion to Extend Time until 8/29/2003 to File Discovery Filed by Debtor Bruce E. Thunberg, Defendant Wakefield Mill Building, Inc., Plaintiff Marc D. Wallick (related document(s) 1 Complaint). Objections/Responses due by: 7/8/2003. (Barbieri, Deborah) (Entered: 06/27/2003) |
| 07/07/2003 | 20 | Order Granting Motion to Extend Time (related document(s)19 Motion to Extend Time, ). Objections to Motion Due: 7/21/2003. Discovery closes 8/29/03; JPTO due 9/15/03. No further extensions allowed. (Cory, Lucinda) (Entered: 07/07/2003) |
| 07/07/2003 | | Other Deadlines Updated (related document(s)1 Complaint). . Pre-Trial Order due by 9/15/2003. Discovery closes 8/29/03. Status Check Due: 9/15/2003 to set hearing on AP at same time as Obj to Claim #7 in 00-12818. (Cory, Lucinda) (Entered: 07/07/2003) |
| 07/09/2003 | 21 | BNC Certificate of Mailing - PDF Document. Service Date 07/09/2003. (Related Doc # 20) (Admin.) (Entered: 07/10/2003) |
| 08/15/2003 | 22 | Notice to Take Deposition of Marc Perlman, President of Wakefield Mill Building, Inc. on 8/26/2003 at 1:00 p.m. Filed by Plaintiff Marc D. Wallick. (Barbieri, Deborah) (Entered: 08/15/2003) |
| 08/20/2003 | 23 | Motion to Compel Debtor Bruce E Thunberg to furnish Answers to Interrogatories Filed by Defendant Wakefield Mill Building, Inc. . Objections to Motion Due: 9/2/2003. (Fraatz, Florence) (Entered: 08/25/2003) |
| 08/26/2003 | 24 | Objection Filed by Plaintiff Marc D. Wallick re 23 Motion to Compel filed by Defendant Wakefield Mill Building, Inc.). (Fraatz, Florence) (Entered: 08/27/2003) |
| 08/29/2003 | 25 | Motion to Extend Time until 10/28/2003 to extend discovery deadlines, Filed by Plaintiff Marc D. Wallick (related document(s)1 Complaint). Objections/Responses due by: 9/10/2003. (Barbieri, Deborah) (Entered: 08/29/2003) |
| 08/29/2003 | 26 | Objection Filed by Debtor Bruce E. Thunberg re 23 Motion to Compel Debtor Bruce E. Thunberg to furnish Answers to Interrogatories filed by Defendant Wakefield Mill Building, Inc.). (Attachments: # 1 Memorandum of Law) (Fraatz, Florence) (Entered: 09/02/2003) |
| 09/05/2003 | 27 | Hearing Set (related document(s)23 Motion to Compel filed by Defendant Wakefield Mill Building, Inc., 24 Objection filed by Plaintiff Marc D. Wallick, 25 Motion to Extend Time filed by Plaintiff Marc D. Wallick, 26 Objection filed by Debtor Bruce E. Thunberg). Hearing scheduled for 9/30/2003 at 09:30 AM at 6th Floor Courtroom. (Barbieri, Deborah) (Entered: 09/05/2003) |

| | | |
|---|---|---|
| 09/07/2003 | 28 | BNC Certificate of Mailing - PDF Document. Service Date 09/07/2003. (Related Doc # 27) (Admin.) (Entered: 09/08/2003) |
| 09/29/2003 | 29 | Motion to Continue Hearing to 10/9/03 at 9:30 a.m. Filed by Defendant Wakefield Mill Building, Inc. doc 27 (related document(s) 23 Motion to Compel filed by Defendant Wakefield Mill Building, Inc., 24 Objection filed by Plaintiff Marc D. Wallick, 25 Motion to Extend Time filed by Plaintiff Marc D. Wallick, 26 Objection filed by Debtor Bruce E. Thunberg). (Fraatz, Florence) (Entered: 09/29/2003) |
| 09/29/2003 | 30 | Order Granting Motion To Continue/Reschedule Hearing On (Related Doc # 29) (related document(s)23 Motion to Compel filed by Wakefield Mill Building Inc., 24 Objection by Plaintiff Marc Wallick, 25 Motion to Extend Time filed by Marc Wallick, 26 Objection by Debtor). ***Hearing scheduled for 10/9/2003 at 09:30 AM at 6th Floor Courtroom.*** Attorney Beal to notify all parties.*** (Fraatz, Florence) (Entered: 09/29/2003) |
| 10/01/2003 | 31 | BNC Certificate of Mailing - PDF Document. Service Date 10/01/2003. (Related Doc # 30) (Admin.) (Entered: 10/02/2003) |
| 10/01/2003 | 32 | BNC Certificate of Mailing - PDF Document. Service Date 10/01/2003. (Related Doc # 30) (Admin.) (Entered: 10/02/2003) |
| 10/01/2003 | 33 | Notice to Take Deposition of Marc Perlman, President of Walkefield Mill Building, Inc., on 10/10/2003 at 1:00 p.m. Filed by Marc D. Wallick. (Barbieri, Deborah) (Entered: 10/02/2003) |
| 10/01/2003 | 34 | Notice to Take Deposition of John Conforti, Chief Financial Officer of Wakefield Mill Building, Inc., on 10/15/2003 at 2:00 p.m. Filed by Marc D. Wallick. (Barbieri, Deborah) (Entered: 10/02/2003) |
| 10/09/2003 | | Hearing Held APPEARANCES: Goldberg, Beal, Berman, Wallick, Richardson . (related document(s)23 Motion to Compel filed by Defendant Wakefield Mill Building, Inc., 24 Objection filed by Plaintiff Marc D. Wallick). Parties will enter into a consent order . Order Due by: 10/20/2003. (Cory, Lucinda) (Entered: 10/14/2003) |
| 10/09/2003 | | Hearing Held APPEARANCES: Goldberg, Beal Berman, Wallick, Richardson . (related document(s)25 Motion to Extend Time filed by Plaintiff Marc D. Wallick, 26 Objection filed by Debtor Bruce E. Thunberg). All discovery is continued to 11/6/03. (Cory, Lucinda) (Entered: 10/14/2003) |
| 10/14/2003 | 35 | Order Granting Motion to Extend Time . Discovery deadline updated to 11/6/03; JPTO due 11/24/03. (Cory, Lucinda) (Entered: 10/14/2003) |
| 10/14/2003 | | Other Deadlines Updated (related document(s)1 Complaint). Joint Pre-Trial Order due by 11/24/2003. (Cory, Lucinda) (Entered: 10/14/2003) |
| 10/16/2003 | 36 | BNC Certificate of Mailing - PDF Document. Service Date 10/16/2003. (Related Doc # 35) (Admin.) (Entered: 10/17/2003) |

| | | |
|---|---|---|
| 10/23/2003 | 37 | Notice of Appearance and Request for Notice Filed by William J. Delaney on behalf of Bruce E. Thunberg . (Cory, Lucinda) (Entered: 10/24/2003) |
| 10/31/2003 | 38 | Motion to Extend Time until 3 weeks after conclusion of mediation to Complete Discovery Filed by Defendant Wakefield Mill Building, Inc. , Plaintiff Marc D. Wallick . (DAgostino, Holly) (Entered: 11/04/2003) |
| 11/04/2003 | 39 | Order Granting Motion to Extend Time to complete discovery until 3 weeks after conclusion of mediation. (DAgostino, Holly) (Entered: 11/04/2003) |
| 11/06/2003 | 40 | BNC Certificate of Mailing - PDF Document. Service Date 11/06/2003. (Related Doc # 39) (Admin.) (Entered: 11/07/2003) |
| 11/19/2003 | 41 | Court Notice from the Office of the Circuit Executive assigning (related document(s)1 Complaint to Judge J. Michael Deasy, USBJ of the District of New Hampshire for mediation. (DAgostino, Holly) (Entered: 11/20/2003) |
| 11/20/2003 | 42 | Corrective Entry Incorrect document attached. Correct document attached (related document(s)41 Court Notice). . (DAgostino, Holly) (Entered: 11/20/2003) |
| 11/22/2003 | 43 | BNC Certificate of Mailing - PDF Document. Service Date 11/22/2003. (Related Doc # 41) (Admin.) (Entered: 11/23/2003) |
| 11/22/2003 | 44 | BNC Certificate of Mailing - PDF Document. Service Date 11/22/2003. (Related Doc # 42) (Admin.) (Entered: 11/23/2003) |
| 11/24/2003 | | An Order Is Due To Be Filed By Charles Beal (related document(s)23 Motion to Compel filed by Defendant Wakefield Mill Building, Inc.). Spoke to Mr. Beal this date. He will file proposed order. Order Due by: 12/4/2003. (DAgostino, Holly) (Entered: 11/24/2003) |
| 12/03/2003 | 45 | Order to Show Cause in Writing against and Attorney Charles S. Beal (related document(s)23 Motion to Compel filed by Defendant Wakefield Mill Building, Inc.). Why relief should not be vacated and or sanctions imposed for failure to file proposed order. Responses due by 12/15/2003. (DAgostino, Holly) Additional attachment(s) added on 12/3/2003 (Torres, Michelle). (Entered: 12/03/2003) |
| 12/03/2003 | 46 | BNC Service of Document (related document(s)45 Order to Show Cause in Writing, ). . (DAgostino, Holly) (Entered: 12/03/2003) |
| 12/05/2003 | 47 | BNC Certificate of Mailing - PDF Document. Service Date 12/05/2003. (Related Doc # 46) (Admin.) (Entered: 12/15/2003) |
| 12/11/2003 | 48 | Proposed Order RE: (related document(s)23 Motion to Compel filed by Defendant Wakefield Mill Building, Inc.). Filed by Defendant Wakefield Mill Building, Inc. . Status Check Due by:12/16/2003. (DAgostino, Holly) (Entered: 12/17/2003) |
| 12/18/2003 | | An Order Is Due To Be Filed By Charles Beal (related document(s)23 Motion to Compel filed by Defendant Wakefield Mill Building, Inc.). A proposed consent |

| | | |
|---|---|---|
| | | order was filed (#48) but was unacceptable to the Court. Mr. Beal is to file a new proposed order, consented to by the trustee and which identifies the hearing date as 10/9/03. Order Due by: 12/29/2003. (DAgostino, Holly) (Entered: 12/18/2003) |
| 01/05/2004 | 49 | Proposed Order RE: (related document(s)23 Motion to Compel filed by Defendant Wakefield Mill Building, Inc.). Filed by Defendant Wakefield Mill Building, Inc. , Plaintiff Marc D. Wallick . Status Check Due by:1/12/2004. (Barbieri, Deborah) (Entered: 01/07/2004) |
| 01/20/2004 | 50 | Order Granting Motion To Compel Plaintiff to Answer Interrogatories by Defendant Wakefield Mill Building, Inc. (Related Doc # 23) . (DAgostino, Holly) (Entered: 01/20/2004) |
| 01/22/2004 | 51 | BNC Certificate of Mailing - PDF Document. Service Date 01/22/2004. (Related Doc # 50) (Admin.) (Entered: 01/23/2004) |
| 02/24/2004 | 52 | Mediator's Report by the Honorable J. Michael Deasy, USBJ, District of New Hampshire (related document(s)1 Complaint). The parties have not agreed upon a settlement. (DAgostino, Holly) (Entered: 02/24/2004) |
| 02/24/2004 | 53 | Hearing Set (related document(s)1 Complaint). . Pre-Trial Conference set for 3/9/2004 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 02/24/2004) |
| 02/26/2004 | 54 | BNC Certificate of Mailing - PDF Document. Service Date 02/26/2004. (Related Doc # 53) (Admin.) (Entered: 02/27/2004) |
| 03/08/2004 | 55 | Motion/Application to Compromise Controversy with Wakefield Mill Building, Inc concerning pending adversary proceeding Filed by Plaintiff Marc D. Wallick. Objections to Motion Due: 3/29/2004. (Wallick, Marc) (Entered: 03/08/2004) |
| 03/09/2004 | | Terminate Document - ECF Error. **Motion should be filed in the main bankruptcy case 00-12818 **. Document must be resubmitted (related document(s)55 Motion to Compromise Controversy filed by Plaintiff Marc D. Wallick). . (DAgostino, Holly) (Entered: 03/09/2004) |
| 03/09/2004 | | Hearing Held APPEARANCES: Berman, Delaney, Wallick, Goldman, Richardson, Beal, DePasquale . (related document(s)1 Complaint). See hearing held in BK 00-12818 this date. Application to compromise filed. Hearing on application and objection to be held on 4/15/04 at 10:30. (DAgostino, Holly) (Entered: 03/11/2004) |
| 04/20/2004 | 56 | Motion to Withdraw as Attorney Filed by Debtor Bruce E. Thunberg. Objections to Motion Due: 5/3/2004. (Delaney, William) (Entered: 04/20/2004) |
| 05/05/2004 | 57 | Order Granting Motion To Withdraw As Attorney (Related Doc # 56). Attorney William J. Delaney Terminated . (Barbieri, Deborah) (Entered: 05/05/2004) |
| 05/07/2004 | 58 | BNC Certificate of Mailing - PDF Document. Service Date 05/07/2004. (Related Doc # 57) (Admin.) (Entered: 05/08/2004) |

| | | |
|---|---|---|
| 05/24/2004 | ● | Other Deadlines Updated (related document(s)39 Order on Motion to Extend Time). Application to Compromise this AP that was filed in BK 00-12818 was to be heard on 5/18/2004, but was rescheduled to 6/2/2004. If Application is granted, Discovery and JPTO deadlines to be re-set - check with chambers re dates. Status Check Due: 6/2/2004. (Barbieri, Deborah) (Entered: 05/24/2004) |
| 05/24/2004 | ● | Other Deadlines Updated (related document(s)1 Complaint). Application to Compromise this AP to be heard on 6/2/2004 in BK 00-12818. Check outcome of hearing. Status Check Due: 6/2/2004. (Barbieri, Deborah) (Entered: 05/24/2004) |
| 09/21/2004 | ●59 | Hearing Set (related document(s)1 Complaint). Trial date set for 11/2/2004 at 09:30 AM at 6th Floor Courtroom. Joint Pretrial Order due 10/27/04. (Cory, Lucinda) (Entered: 09/21/2004) |
| 09/21/2004 | ● | Other Deadlines Updated (related document(s)1 Complaint). Joint Pre-Trial Order due by 10/27/2004. (Cory, Lucinda) (Entered: 09/21/2004) |
| 09/23/2004 | ●60 | BNC Certificate of Mailing - PDF Document. Service Date 09/23/2004. (Related Doc # 59) (Admin.) (Entered: 09/24/2004) |
| 10/01/2004 | ●61 | Motion For Summary Judgment Filed by Defendant Wakefield Mill Building, Inc. Objections to Motion Due: 10/14/2004. (Attachments: # 1 Memorandum of Law # 2 Affidavit of Charles S. Beal) (Sweeney, Carolyn) (Entered: 10/04/2004) |
| 10/13/2004 | ●62 | Objection Filed by Plaintiff Marc D. Wallick re 61 Motion for Summary Judgment filed by Defendant Wakefield Mill Building, Inc.). (Sweeney, Carolyn) (Entered: 10/13/2004) |
| 10/14/2004 | ●64 | Objection Filed by Debtor Bruce E. Thunberg, Plaintiff Marc D. Wallick re: 61 Motion for Summary Judgment filed by Defendant Wakefield Mill Building, Inc.). (Attachments: # 1 Memorandum of Law # 2 Statement of Material Facts) (Respondant also requests a hearing) (Sweeney, Carolyn) (Entered: 10/15/2004) |
| 10/15/2004 | ●65 | BNC Certificate of Mailing - PDF Document. Service Date 10/15/2004. (Admin.) (Entered: 10/16/2004) |
| 10/20/2004 | ●66 | Hearing Set related document(s) 61 Motion for Summary Judgment filed by Defendant Wakefield Mill Building, Inc., 64 Objection filed by Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg. Hearing scheduled for 11/2/2004 at 09:30 AM at 6th Floor Courtroom. ***Parties should be prepared for trial in the event the court denies this motion or takes it under advisement*** (Sweeney, Carolyn) (Entered: 10/20/2004) |
| 10/22/2004 | ●67 | BNC Certificate of Mailing - PDF Document. Service Date 10/22/2004. (Admin.) (Entered: 10/23/2004) |
| 10/27/2004 | ●68 | Motion to Continue Hearing On *November 2, 2004* Filed by Plaintiff Marc D. Wallick (related document 1 Complaint). (Wallick, Marc) Modified linkage on 10/28/2004 (McCurdy, Michelle). (Entered: 10/27/2004) |

| | | |
|---|---|---|
| 10/28/2004 | ● | ECF Corrective Entry - Document is linked incorrectly. Linkage created to correct relationship. (related document(s)68 Motion to Continue/Reschedule Hearing filed by Plaintiff Marc D. Wallick). . (Sweeney, Carolyn) (Entered: 10/28/2004) |
| 10/28/2004 | ●69 | Order Granting Motion To Continue/Reschedule Trial (Doc # 68) re: 1 Complaint). Trial date will be reset after the hearing on the Motion for Summary Judgment (doc 61). (Sweeney, Carolyn) (Entered: 10/28/2004) |
| 10/28/2004 | ●70 | Hearing Set (related document(s) 61 Motion for Summary Judgment filed by Defendant Wakefield Mill Building, Inc., 62 Objection filed by Plaintiff Marc D. Wallick). Hearing scheduled for 11/3/2004 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 10/28/2004) |
| 10/28/2004 | ● | Hearing scheduled for 11/2/2004 Not Held (re: 61 Motion for Summary Judgment filed by Defendant Wakefield Mill Building, Inc., 64 Objection filed by Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg. Matters have been rescheduled for 11/3/2004. (Sweeney, Carolyn) (Entered: 10/28/2004) |
| 10/30/2004 | ●71 | BNC Certificate of Mailing - PDF Document. Service Date 10/30/2004. (Admin.) (Entered: 10/31/2004) |
| 10/30/2004 | ●72 | BNC Certificate of Mailing - PDF Document. Service Date 10/30/2004. (Admin.) (Entered: 10/31/2004) |
| 11/02/2004 | ● | Hearing Held APPEARANCES: Goldberg, Beal, Familgetti (related document(s) 61 Motion for Summary Judgment filed by Defendant Wakefield Mill Building, Inc., 64 Objection filed by Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg. Court heard oral argument on motion for summary judgment from Beal and Familgetti. After argument, Familgetti asked for time to file an affidavit. Court allows debtor/trustee one week to file affidavit. Beal has one week therafter to file any additional affidavit. Then matter is under advisement. (Sweeney, Carolyn) (Entered: 11/04/2004) |
| 11/12/2004 | ●73 | Affidavit Re: 64 Objection filed by Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg to 61 Motion for Summary Judgment. Filed by Debtor Bruce E. Thunberg. (Sweeney, Carolyn) Modified links on 11/18/2004 (Venuti, Jody). (Entered: 11/15/2004) |
| 11/17/2004 | ●74 | Supplemental Memorandum of Law/Affidavit (related document(s)61 Motion for Summary Judgment filed by Defendant Wakefield Mill Building, Inc.). Filed by Charles S. Beal on behalf of Defendant Wakefield Mill Building, Inc. (Attachments: # 1 Affidavit) (Sweeney, Carolyn) (Entered: 11/18/2004) |
| 11/26/2004 | ●75 | Order Denying Motion For Summary Judgment (Related Doc # 61) . (DAgostino, Holly) (Entered: 11/26/2004) |
| 11/28/2004 | ●76 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 75 Order on Motion For Summary Judgment) Service Date 11/28/2004. (Admin.) (Entered: 11/29/2004) |

| | | |
|---|---|---|
| 12/13/2004 | 77 | Trial Set (related document(s)1 Complaint). Trial date set for 1/27/2005 at 09:30 AM at 6th Floor Courtroom. ***Joint Pre-Trial Order due on or before 1/20/2005*** (Sweeney, Carolyn) (Entered: 12/13/2004) |
| 12/15/2004 | 78 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 77 Hearing) Service Date 12/15/2004. (Admin.) (Entered: 12/16/2004) |
| 01/21/2005 | | Jury Flag Terminated. (Sweeney, Carolyn) (Entered: 01/21/2005) |
| 01/26/2005 | 79 | Motion in Limine to Preclude Debtor and Trustee from Presenting Testimony of Previously Undisclosed Witness Filed by Defendant Wakefield Mill Building, Inc. (Sweeney, Carolyn) (Entered: 01/26/2005) |
| 01/26/2005 | 80 | Motion in Limine to Preclude Evidence of Alleged Oral Contract Terms Contradicted by the Written Agreement Pursuant to Parol Evidence Rule Filed by Defendant Wakefield Mill Building, Inc. (Sweeney, Carolyn) (Entered: 01/26/2005) |
| 01/26/2005 | 81 | Motion in Limine to Preclude Trustee and Debtor from Presenting Expert Testimony Filed by Defendant Wakefield Mill Building, Inc. (Sweeney, Carolyn) (Entered: 01/26/2005) |
| 01/26/2005 | 82 | Motion in Limine to Preclude Debtor and Trustee from Testifying regarding the Specific Amounts of His Alleged Damages or Introducing WMB's Tax Returns Filed by Defendant Wakefield Mill Building, Inc. (Sweeney, Carolyn) (Entered: 01/26/2005) |
| 01/26/2005 | 83 | Hearing Set re: 79 Motion In Limine to preclude debtor and trustee from presenting testimony of previously undisclosed witness, 80 Motion In Limine to preclude eveidence of alleged oral contract terms contradicted by the written agreement pursuant to parol evidence rule, 81 Motion In Limine to preclude truste and debtor from presenting expert testimony, 82 Motion In Limine to preclude debtor and trustee from testifying regarding the specific amounts of his alleged damages or introducing WMB's tax returns filed by Defendant Wakefield Mill Building, Inc.). Hearing scheduled for 1/27/2005 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 01/26/2005) |
| 01/27/2005 | 84 | Trial HELD AND CONTINUED: 1 Complaint). APPEARANCES: Famiglietti, Wallick, Goldberg, Beal. Famiglietti requested continuance. Objection by Beal. Matter continued to 2/3/2005 at 11:30 a.m. Joint pre-trial order due by noon on 2/2/2005. Trial date set for 2/3/2005 at 11:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 01/27/2005) |
| 01/27/2005 | 85 | Hearing Continued (related document(s)79 Motion in Limine to preclude debtor and trustee from presenting testimony of previously undisclosed witness, 80 Motion in Limine to preclude evidence of alleged oral contract terms contradicted by the written agreement pursuant to parol evidence rule, 81 Motion in Limine to preclude trustee and debtor from presenting expert testimony, 82 Motion in Limine to preclude debtor and trustee from testifying regarding the specific amounts of his alleged damages or introducing WMB's tax returns filed by Defendant Wakefield Mill Building, Inc.). Per trial held on 1/27/2005, all matters continued. Hearing |

| | | |
|---|---|---|
| | | scheduled for 2/3/2005 at 11:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 01/27/2005) |
| 01/28/2005 | 86 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 83 Hearing (AP), Hearing (AP), Hearing (AP)) Service Date 01/28/2005. (Admin.) (Entered: 01/29/2005) |
| 01/29/2005 | 87 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 85 Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 01/29/2005. (Admin.) (Entered: 01/30/2005) |
| 01/29/2005 | 88 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 84 Hearing, ) Service Date 01/29/2005. (Admin.) (Entered: 01/30/2005) |
| 02/02/2005 | 89 | Joint Pre-Trial Order (related document(s)1 Complaint). **With Exhibits** Filed by Debtor Bruce E. Thunberg, Defendant Wakefield Mill Building, Inc., Plaintiff Marc D. Wallick. (Sweeney, Carolyn) (Entered: 02/02/2005) |
| 02/02/2005 | 90 | Addendum (related document(s)89 Joint Pre-Trial Order filed by Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg, Defendant Wakefield Mill Building, Inc.). Filed by Debtor Bruce E. Thunberg, Plaintiff Marc D. Wallick. (Pleading originally filed on 1/31/2005 before the joint pre-trial order had been filed.) (Sweeney, Carolyn) (Entered: 02/02/2005) |
| 02/03/2005 | 91 | Trial HELD AND CONTINUED: 1 Complaint. APPEARANCES: Famiglietti, Beal, Goldberg. The court heard arguments on the 4 motions in limine. 1. On the motion to exclude expert testimony - after argument, the court denied it as moot. 2. The motion to prohibit parole evidence - after argument,the court reserved ruling on the motion and will deal with parole evidence as it comes up in the trial. 3. The motion to limit damage evidence - after argument, the court denied the motion without prejudice. 4. Beal withdrew the motion to limit the number of witnesses. Court took a recess and conducted a brief conference. After recess, Beal gave opening & Famiglietti gave opening. Famiglietti conducted direct exam of 1. Andrew G. Sholes. Matter continued until 2/4/2005 at 10:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/04/2005) |
| 02/03/2005 | | Hearing Held APPEARANCES: Famiglietti, Beal, Goldberg. Re: 79 Motion in Limine to preclude debtor and trustee from presenting testimony of previously undisclosed witness, 80 Motion In Limine to preclude evidence of alleged oral contract terms contradicted by the writeen agreement pursuant to parol evidence rule, 81 Motion in Limine to preclude truatee and debtor from presenting expert testimony, 82 Motion in Limine to preclude debtor and trustee from testifying regarding the specific amounts of his alleged damages or introducing WMB's tax returns filed by Defendant Wakefield Mill Building, Inc.) **Please see trial held and continued on 2/3/2005 for hearing write up and resolutions of these matters. (Sweeney, Carolyn) (Entered: 02/04/2005) |
| 02/04/2005 | 93 | Trial HELD AND CONTINUED: re: 1 Complaint). APPEARANCES: Beal, Goldberg, Famiglietti. Beal started direct exam of Andrew Sholes, Esq. Famiglietti conducted recross of Attorney Sholes. Famiglietti called John Conforti as an adverse |

| | | |
|---|---|---|
| | | witness. Parties agree that all exhibits not marked with an asterisk are full exhibits and there is no need to move each exhibit as full. Court recessed until 2/7/2005 at 10:30 AM at the Pastore Building, Courtroom C. (Sweeney, Carolyn) (Entered: 02/10/2005) |
| 02/06/2005 | 92 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 91 Hearing, , , ) Service Date 02/06/2005. (Admin.) (Entered: 02/07/2005) |
| 02/07/2005 | 94 | Trial HELD AND CONTINUED: 1 Complaint). APPEARANCES: Beal, Goldberg, Famiglietti. Famiglietti continued exam of John Conforti. Beal conducted a direct exam of Conforti. Re-cross by Famiglietti. Famiglietti called Marc Pearlman. Matter continued to 2/8/2005 at 11:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/10/2005) |
| 02/08/2005 | 95 | Trial HELD AND CONTINUED: 1 Complaint). APPEARANCES: Beal, Goldberg, Famiglietti. Continued cross of Marc Pearlman by Famiglietti. Bruce Thunberg called as a witness; exam by Famiglietti. Matter continued to 2/14/2005 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/10/2005) |
| 02/10/2005 | 96 | Order denying as Moot Motion in Limine to Preclude Trustee and Debtor from Presenting Expert Testimony (related document(s)81 Generic Motion). (Sweeney, Carolyn) (Entered: 02/10/2005) |
| 02/10/2005 | 97 | Order denying as Moot Motion in Limine to Preclude Evidence of Alleged Oral Contract Terms Contradicted by the Written Agreement Pursuant to Parol Evidence Rule (related document(s)80 Generic Motion). (Sweeney, Carolyn) (Entered: 02/10/2005) |
| 02/10/2005 | 98 | Order Denying Without Prejudice Motion In Limine to Preclude Debtor and Trustee from Testifying regarding Specific Amounts of his Alleged Damages or Introducing WMB's Tax Returns (related document(s)82 Generic Motion). (Sweeney, Carolyn) (Entered: 02/10/2005) |
| 02/11/2005 | 99 | Order Withdrawing Motion in Limine to Preclude Debtor and Trustee from Presenting Testimony of Previously Undisclosed Witness (related document(s)79 Generic Motion). (Sweeney, Carolyn) (Entered: 02/11/2005) |
| 02/12/2005 | 100 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 95 Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 02/12/2005. (Admin.) (Entered: 02/13/2005) |
| 02/12/2005 | 101 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 96 Generic Order) Service Date 02/12/2005. (Admin.) (Entered: 02/13/2005) |
| 02/12/2005 | 102 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 97 Generic Order) Service Date 02/12/2005. (Admin.) (Entered: 02/13/2005) |
| 02/12/2005 | 103 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 98 Generic Order) Service Date 02/12/2005. (Admin.) (Entered: 02/13/2005) |

| | | |
|---|---|---|
| 02/13/2005 | 104 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 99 Generic Order) Service Date 02/13/2005. (Admin.) (Entered: 02/14/2005) |
| 02/14/2005 | 105 | Trial HELD AND CONTINUED: (related document(s)1 Complaint). APPEARANCES: Famiglietti, Beal. Continued exam of Thunberg by Famiglietti. Cross by Beal. Matter continued to 2/15/2005 at 10:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/16/2005) |
| 02/15/2005 | 106 | Trial HELD AND CONTINUED (related document(s)1 Complaint). APPEARANCES: Famiglietti, Beal. Continued cross of Thunberg by Beal. Matter continued to 2/17/2005 at 02:00 PM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/16/2005) |
| 02/17/2005 | 107 | Trial HELD AND CONTINUED: 1 Complaint). APPEARANCES: Famiglietti, Beal. Beal makes oral motion to dismiss. Objection by Famiglietti. Court found dismissal was not appropriate at this time and reserved ruling on the motion. Beal called Steven Lima. Beal offered exhibits 14-16 and they are accepted as full exhibits. Beal offered exhibit #47 and #48 as they are accepted as full. Beal offered additional exhibits #60 (Lima's work papers from '92); #61 (Loan closing statement); #62 (Analysis of "Due from Partners Account"); #63 (Page 2 of exhibit #62). All exhibits accepted as full. Famiglietti began cross of Lima. Famiglietti marked as Exhibit YYYY, Lima's 1992 Audit Report. Matter continued to 2/22/2005 at 08:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/18/2005) |
| 02/22/2005 | 108 | Trial HELD AND CONTINUED re: 1 Complaint). Famiglietti continued cross of Steven Lima, redirect by Beal. Recross by Famiglietti, redirect by Beal, recross by Famiglietti. Beal called Alan Pearlman, cross by Famiglietti. Beal called Roy Dubs, cross by Famiglietti, redirect by Beal. Beal called John Conforti. Famiglietti conducted voire dire on Mr. Conforti's ability to give information about exhibit #65. After voire dire, Court found exhibit #65 was not admissable. Beal continued direct of Conforti. Exhibits ZZZZ (Assignment of mortgage) and AAAAA(Invoice) were offered by Famiglietti and accepted as full exhibits by the Court. Exhibit #64 (Prime Rate Printout) was offered by Beal and accepted by the Court as full. Exhibits 65, 66, and 67 were marked by Beal but not offered. As to #65, the Court found it was not admissable after Voire Dire. Matter continued to 2/23/2005 at 11:00 AM at 6th Floor Courtroom. Trial continued to 2/23/2005 at 11:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/24/2005) |
| 02/23/2005 | 109 | Trial re: 1 Complaint. Due to illness of Attorney Famiglietti, a continuance was requested telephonically and court granted the request. Matter continued to 3/1/2005 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/24/2005) |
| 03/01/2005 | 110 | Trial HELD AND CONTINUED: 1 Complaint). APPEARANCES: Beal, Famiglietti. Famiglietti continued cross of Conforti. Beal calls Marc Pearlman. Beal offers Exhibit #68 (Letter from OSJ to Attorney Dub with First Amendment to Partnership Agreement Attached). Exhibit is full. Cross by Famiglietti. Both sides rest. Matter continued to March 3 at 11:00 a.m. to resolve any disputes over which exhibits are full. Parties to submit briefs and proposed findings of fact and conclusions of law by March 17, 2005, with a limit of 20 pages. Parties have until |

| | | |
|---|---|---|
| | | March 23 to file any reply briefs. Parties are to supply Court with one complet binder of all exhibits labeled and tabbed. Trial continued to 3/3/2005 at 11:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 03/02/2005) |
| 03/03/2005 | | Hearing Held re 1 Complaint). APPEARANCES: Beal Famiglietti . Court heard argument on the following exhibits and made the following rulings. Exhibit QQ - only the letter is allowed, attached appraisal is not allowed; TTT - allowed as filed without last two pages; EEEE, not allowed; GGGG, not allowed; HHHH, not allowed, KKKK no ruling, parties to look at record and to see if this was addressed during the hearing; LLLL, allowed as full; OOOO, not allowed. Parties to provide the Court a new binder of all exhibits, tabbed and indexed by 3/19/05. (Cory, Lucinda) (Entered: 03/04/2005)Briefs due by: 3/17/2005, Reply brief due by 3/24/05. Then matter under advisement. (Cory, Lucinda) (Entered: 03/04/2005) |
| 03/16/2005 | 111 | Motion to Extend Time until 4/4/2005 to to file post-trial memoranda Filed by Defendant Wakefield Mill Building, Inc. (Sweeney, Carolyn) (Entered: 03/16/2005) |
| 03/16/2005 | 112 | Order Granting Motion to Extend Time 4/4/2005 to file briefs. Reply brief fue by 4/11/2005. Updated Deadline Due By:4/4/2005. (Sweeney, Carolyn) (Entered: 03/16/2005) |
| 03/18/2005 | 113 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 112 Order on Motion to Extend Time) Service Date 03/18/2005. (Admin.) (Entered: 03/19/2005) |
| 04/04/2005 | 114 | Stipulation By Debtor Bruce E. Thunberg, Defendant Wakefield Mill Building, Inc. extending the time to file briefs (related document(s)1 Complaint). Filed by Debtor Bruce E. Thunberg, Defendant Wakefield Mill Building, Inc. (Sweeney, Carolyn) (Entered: 04/05/2005) |
| 04/05/2005 | | Corrective Entry *Incorrect file date information. Filed date and applicable deadlines corrected. Document was filed on 4/4/2005.* (related document(s)114 Stipulation filed by Debtor Bruce E. Thunberg, Defendant Wakefield Mill Building, Inc.). . (Sweeney, Carolyn) (Entered: 04/05/2005) |
| 04/05/2005 | 115 | Order Approving (#114 Stipulation extending time for parties to submit briefs) (Sweeney, Carolyn) (Entered: 04/05/2005) |
| 04/06/2005 | 116 | Brief/Post Trial Memorandum (related document(s)1 Complaint). Filed by Debtor Bruce E. Thunberg, Plaintiff Marc D. Wallick. (Sweeney, Carolyn) (Entered: 04/06/2005) |
| 04/06/2005 | 117 | Document-Proposed Findings of Fact of the trustee and the debtor (related document(s)1 Complaint). Filed by Debtor Bruce E. Thunberg, Plaintiff Marc D. Wallick. (Sweeney, Carolyn) (Entered: 04/06/2005) |
| 04/06/2005 | 118 | Brief/Proposed Findings of Fact and Conclusions of Law (related document(s)1 Complaint). Filed by Defendant Wakefield Mill Building, Inc. (Sweeney, Carolyn) (Entered: 04/06/2005) |

| | | |
|---|---|---|
| 04/07/2005 | 119 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 115 Order) Service Date 04/07/2005. (Admin.) (Entered: 04/08/2005) |
| 04/15/2005 | 120 | Brief/Reply to 118 Proposed Findings of Fact filed by Defendant Wakefield Mill Building, Inc. , Filed by Debtor Bruce E. Thunberg , Plaintiff Marc D. Wallick . (Cory, Lucinda) (Entered: 04/18/2005) |
| 04/15/2005 | 121 | Reply Filed by Defendant Wakefield Mill Building, Inc. re 117 Proposed Findings of Fact filed by Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg). (DAgostino, Holly) (Entered: 04/18/2005) |
| 05/11/2005 | | Matter Under Advisement Re:(related document:1 Complaint). Status Check re Matter Under Advisement on 7/11/2005. (McCurdy, Michelle) (Entered: 05/11/2005) |
| 07/18/2005 | | UPDATE Matter Under Advisement Re:(related document:1 Complaint) (related document(s)1 Complaint). . Status Check re Matter Under Advisement on 9/16/2005. (DAgostino, Holly) (Entered: 07/18/2005) |
| 09/29/2005 | | UPDATED Matter Under Advisement Re: 1 Complaint. Status Check re Matter Under Advisement on 11/28/2005. (Sweeney, Carolyn) (Entered: 09/29/2005) |
| 12/05/2005 | | Matter Under Advisement Re: 1 Complaint. Status Check re Matter Under Advisement on 2/3/2006. (Sweeney, Carolyn) (Entered: 12/05/2005) |
| 02/14/2006 | | Updated Matter Under Advisement Re: 1 Complaint. Status Check re Matter Under Advisement on 4/17/2006. (Sweeney, Carolyn) (Entered: 02/14/2006) |
| 04/20/2006 | | Updated Matter Under Advisement Re: (related document: 1 Complaint) Status Check re Matter Under Advisement on 5/22/2006. (Sweeney, Carolyn) (Entered: 04/20/2006) |
| 05/16/2006 | 122 | Findings of Fact, Conclusions of Law and Order Appointing Independent Auditor re: 1 Complaint. Order also schedules a status conference for 6/28/2006 at 10:00 a.m. SEE ORDER FOR DETAILS. (Sweeney, Carolyn) (Entered: 05/16/2006) |
| 05/16/2006 | 123 | Hearing Set (related document(s) 122 Findings of Fact, Conclusions of Law and Order Appointing Independent Auditor). Status hearing to be held on 6/28/2006 at 10:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 05/16/2006) |
| 05/18/2006 | 124 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 123 Hearing) Service Date 05/18/2006. (Admin.) (Entered: 05/19/2006) |
| 05/18/2006 | 125 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 122 Conditional Order) Service Date 05/18/2006. (Admin.) (Entered: 05/19/2006) |
| 05/25/2006 | 126 | Notice of Appeal. Receipt Number 64222, Fee Amount $255 Filed by Wakefield Mill Building, Inc. (related document(s)122 Conditional Order). Appellant Designation due by: 6/5/2006. (Attachments: # 1 Receipt)(Sweeney, Carolyn) |

| | | |
|---|---|---|
| | | (Entered: 05/25/2006) |
| 05/25/2006 | 127 | Appellant District Court Election Filed by Wakefield Mill Building, Inc. (related document(s)126 Notice of Appeal filed by Defendant Wakefield Mill Building, Inc.). (Sweeney, Carolyn) (Entered: 05/25/2006) |
| 05/25/2006 | 128 | Motion To Stay Pending Appeal Filed by Defendant Wakefield Mill Building, Inc. (related document(s)122 Conditional Order). (Attachments: # 1 Memorandum of Law) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Sweeney, Carolyn) (Entered: 05/25/2006) |
| 05/25/2006 | 129 | Court Notice (related document(s)126 Notice of Appeal filed by Defendant Wakefield Mill Building, Inc.). (Sweeney, Carolyn) (Entered: 05/25/2006) |
| 05/26/2006 | | Objection/Response Deadline Updated (related document(s)128 Motion To Stay Pending Appeal filed by Defendant Wakefield Mill Building, Inc.). Objections to Motion Due: 6/2/2006. (Parties notified by telephone). (Sweeney, Carolyn) (Entered: 05/26/2006) |