**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In Re: BRUCE E. THUNBERG<br>Debtor-Appellee | :<br>: | C.A. NO: 06-265 S |
| WAKEFIELD MILL BUILDING, INC.<br>Defendant-Appellant | :<br>: | Chapter 7<br>Bankruptcy Case No: 00-12818 |
| v. | : | A.P. NO: 02-1046 |
| MARC D. WALLICK, Trustee<br>Plaintiff-Appellee | :<br>: | |

**OBJECTION**

Now comes LISA GEREMIA, the "Successor Trustee" and Plaintiff/Apellee in the above-entitled action and hereby objects to Defendant/Appellant's, WAKEFIELD MILL BUILDING, INC., emergency motion for a stay of the Bankruptcy Court's order appointing an independent auditor pending appeal. As basis for this objection, the Trustee relies on the attached memorandum.

LISA GEREMIA, Trustee-Appellee
By her Attorney,

*/s/ Robert D. Goldberg*
Robert D. Goldberg (RI Bar #1733)
GOLDBERG LAW OFFICES
226 Cottage Street, PO Box 557
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355
rgoldberg@goldberglawoffices.com

BRUCE E. THUNBERG, Debtor-Appellee
By his Attorney,

*/s/ Stephen R. Famiglietti*
Stephen R. Famiglietti (RI Bar #1305)
FAMIGLIETTI & CARLIN, Ltd.
132 Old River Road, Suite 205
Lincoln, RI 02865
Tel: (401) 335-4550
Fax: (401) 335-4515
srfl101947@aol.com

**CERTIFICATION**

I hereby certify that on August 2, 2006 I electronically filed the within *Objection* with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/EFC System. The following participants have received notice electronically: Charles S. Beal, Esq. at cbeal@cm-law.com and by first class mail, postage prepaid to Andrew Richardson, Esq., Boyajian, Harrington & Richardson, 182 Waterman Street, Providence, RI 02906.

*/s/ Rosa Maria Rocha*