# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: BRUCE E. THUNBERG<br>Debtor-Appellee | :<br>: | C.A. NO: 06-265 S |
| WAKEFIELD MILL BUILDING, INC.<br>Defendant-Appellant | :<br>: | Chapter 7<br>Bankruptcy Case No: 00-12818 |
| v. | : | A.P. NO: 02-1046 |
| MARC D. WALLICK, Trustee<br>Plaintiff-Appellee | :<br>: | |

## MEMORANDUM IN SUPPORT OF THE TRUSTEE'S OBJECTION TO APPELLANT'S, Wakefield Mill Building, Inc., EMERGENCY MOTION FOR A STAY

Appellant, WAKEFIELD MILL BUILDING, INC. ("WMBI"), previously filed a motion for a stay before the U.S. Bankruptcy Judge. Obviously, that motion was denied. Attached hereto and incorporated herein (Exhibit A) is a copy of the Trustee's Memorandum of Law, which was filed at that time.

Due to the short time frame provided, the Trustee relies on that memorandum and oral argument. To the extent the Court finds that additional memoranda would be helpful, the Trustee requests leave of Court to file supplemental memoranda.

LISA GEREMIA, Trustee-Appellee
By her Attorney,

*/s/ Robert D. Goldberg*
Robert D. Goldberg (RI Bar #1733)
GOLDBERG LAW OFFICES
226 Cottage Street, PO Box 557
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355
rgoldberg@goldberglawoffices.com

BRUCE E. THUNBERG, Debtor-Appellee
By his Attorney,

*/s/ Stephen R. Famiglietti*
Stephen R. Famiglietti (RI Bar #1305)
FAMIGLIETTI & CARLIN, LTD.
132 Old River Road, Suite 205
Lincoln, RI 02865
Tel: (401) 335-4550
Fax: (401) 335-4515
srfl101947@aol.com

## CERTIFICATION

I hereby certify that on August 2, 2006 I electronically filed the within *Memorandum in Support of Objection* with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/EFC System. The following participants have received notice electronically: Charles S. Beal, Esq. at cbeal@cm-law.com; and by first class mail, postage prepaid to Andrew Richardson, Esq., Boyajian, Harrington & Richardson, 182 Waterman Street, Providence, RI 02906.

*/s/ Rosa Maria Rocha*