UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: BRUCE E. THUNBERG, Debtor-Appellee | : | C.A. No. 06-265S |
| WAKEFIELD MILL BUILDING, INC., Defendant-Appellant | : | Chapter 7<br>Bankruptcy Case No. 00-12818 |
| v. | : | A.P. No. 02-1046 |
| MARC D. WALLICK, Trustee, Plaintiff-Appellee, | : | |

**APPELLANT WAKEFIELD MILL BUILDING, INC.'S EMERGENCY MOTION FOR A STAY OF THE BANKRUPTCY COURT'S ORDER APPOINTING AN INDEPENDENT AUDITOR PENDING APPEAL**

Now comes Appellant Wakefield Mill Building, Inc. ("WMB") and brings this Emergency Motion for a stay of the Bankruptcy Court's Order appointing an auditor of WMB's books pending its appeal of the Bankruptcy Court's Findings of Fact, Conclusions of Law and Order Appointing Independent Auditor dated May 16, 2006. As grounds for its Motion, WMB relies upon the Memorandum of Law filed herewith.

DENIED FOR THE REASONS STATED IN OPEN COURT ON AUGUST 3, 2006.

WEsmith

U.S. DISTRICT JUDGE
WILLIAM E. SMITH

DATE: 8/4/06

WAKEFIELD MILL BUILDINGS, INC.

By Its Attorneys,

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: July 27, 2006