UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: BRUCE E. THUNBERG,<br>Debtor-Appellee | : | C.A. No. 06-265S |
| WAKEFIELD MILL BUILDING, INC.,<br>Defendant-Appellant | : | Chapter 7<br>Bankruptcy Case No. 00-12818 |
| v. | : | A.P. No. 02-1046 |
| MARC D. WALLICK, Trustee,<br>Plaintiff-Appellee, | : | |

**STIPULATION WITHDRAWING APPEAL**

It is hereby stipulated and agreed by and between the undersigned that the Notice of Appeal filed with this Court in the herein matter is dismissed without prejudice.

LISA GEREMIA, TRUSTEE

By Her Attorneys,

*/s/ Robert D. Goldberg*
Robert D. Goldberg (#1733)
Goldberg Law Offices
226 Cottage Street, P.O. Box 557
Pawtucket, RI 02862-0557
Tel: (401) 728-1510
Fax: (401) 725-3355
rgoldberg@goldberglawoffices.com

Dated: August 28, 2006

WAKEFIELD MILL BUILDING, INC.,

By Its Attorneys,

*/s/ Charles S. Beal*
Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Tel: (401) 331-5700
Fax: (401) 331-5787
cbeal@cm-law.com

Dated: August 28, 2006

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/29/06

**CERTIFICATION**

I hereby certify that on August 28, 2006 I electronically filed the within *Stipulation Withdrawing Appeal* with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/EFC System. The following participants have received notice electronically: Charles S. Beal, Esq. at cbeal@cm-law.com, Stephen Famiglietti, Esq. at srf10947@aol.com and by first class mail, postage prepaid to Lisa Geremia, Esq., Geremia & DeMarco, 1350 Division Road, West Warwick, RI 02893 and Andrew Richardson, Esq., Boyajian, Harrington & Richardson, 182 Waterman Street, Providence, RI 02906.

*/s/ Robert D. Goldberg*

G:\CSB\OCEANSTATE\THUNBERG USBC\PLDGS 02-1046\STIPULATION2.DOC